Name, Address and Telephone Number of Attorney(s):

DIANE FABER MEDIATION
(310) 202-7272
9232 Airdrome St.
Los Angeles CA 90035

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wildfireweb<br><br>Plaintiff(s)<br>v.<br>Tinder<br><br>Defendant(s). | CASE NUMBER<br><br>2:15-cv-00945-MMM<br><br>**MEDIATION REPORT** |

***Instructions:*** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): November 4, 2015.

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).

   ☐ Did not appear as required by Civil L.R. 16-15.5(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.
   ☐ Defendant or defendant's representative failed to appear.
   ☐ Other:

3. Did the case settle?

   ☑ Yes, fully, on November 17, 2015 (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   _____.

Dated: November 18, 2015

*Diane L. Faber*
Signature of Mediator

Diane L. Faber, Esq.
Name of Mediator (print)

The Mediator is to electronically file original document.